UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jacob P. Renouard,

      Petitioner,

v.

B. Eischen, *Warden, FPC Duluth*,

      Respondent.

File No. 25-cv-1569 (ECT/JFD)


**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on February 20, 2026. ECF No. 13. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1. The Report and Recommendation [ECF No. 13] is **ACCEPTED**;

    2. The petition for writ of habeas corpus [ECF No. 1] is **DENIED AS MOOT**; and

    3. The action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 17, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court